# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
08/02/2021
CT Log Number 540007078

**TO:** Paul Bech
Chubb
436 Walnut St
Philadelphia, PA 19106-3703

**RE:** **Process Served in Michigan**

**FOR:** ACE Property and Casualty Insurance Company  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | THE ESTATE OF ZELJKO DOJCINOVIC, DECEASED, BY ITS PERSONAL REPRESENTATIVE, DANES DOJCINOVIC AND THE ESTATE OF ASIMA DOJCINOVIC, DECEASED, ETC., PLTFS. vs. GREAT AMERICAN INSURANCE COMPANY OF THE MIDWEST, ETC., ET AL., DFTS. // TO: ACE Property and Casualty Insurance Company |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified
Case # 21007585NF |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Plymouth, MI |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/02/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/03/2021, Expected Purge Date: 08/08/2021

Image SOP

Email Notification, Incoming Legal  incominglegal@chubb.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / DN

MichiganAutoLaw
30101 Northwestern Highway
Farmington Hills MI 48334

**USPS CERTIFIED MAIL**

9214 8901 9403 8345 7253 63

GREAT AMERICAN INSURANCE COMPANY
C/O: RA THE CORPORATION COMPANY
STE 201
40600 ANN ARBOR RD E
PLYMOUTH MI 48170-4675

9540932/cch
Eileen Kelly

# MichiganAutoLaw
## AUTO ACCIDENT ATTORNEYS

Christopher C. Hunter
Email: chunter@michiganautolaw.com
Fax: (248) 254-8099

July 26, 2021

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Great American Insurance Company
c/o RA The Corporation Company
40600 Ann Arbor Road East
Suite 201
Plymouth, MI 48170-4675

**RE:** The Estate of Zeljko Dojcinovic, et al v
 Citizens Insurance Company of the Midwest, et al
 **Case Number:** 21-007585-NF
 **Our File:** 9540932

Dear Sir/Madam:

Enclosed find the following:

- Summons – Great American Insurance Company
- Complaint
- Demand for Jury Trial

Very truly,

Christopher C. Hunter

CCH/gek
Enclosures

**ATTORNEYS**
Steven M. Gursten
Lawrence E. Gursten
Thomas S. Baker
Jordan A.W. Barkey
Todd C. Berg
Jeffrey A. Bussell
Jeffrey H. Feldman*
Amy L. Gubesch
Brandon M. Hewitt
Timothy A. Holland
Rick J. Houghton
Christopher C. Hunter
Thomas W. James
Jordan M. Jones
Alexander P. Kemp
Richard A. Moore
Kevin H. Seiferheld
Michael R. Shaffer
Joshua R. Terebelo
Jeremy R. Tiedt

**Offices**
Farmington Hills
Grand Rapids
Detroit
Ann Arbor
Sterling Heights

Tax ID: 38-1892093

*Of Counsel

www.michiganautolaw.com
help@michiganautolaw.com

30101 Northwestern Hwy
Farmington Hills, MI 48334

248-353-7575
1-800-968-1001

| Approved, SCAO | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>21-007585-NF<br>Hon. Charles S. Hegarty |
|---|---|---|

Court address: 2 Woodward Ave., Detroit MI 48226

Court telephone no.: 313-224-5487

| Plaintiff's name(s), address(es), and telephone no(s)<br>Dojcinovic, Zeljko    et. Al | v | Defendant's name(s), address(es), and telephone no(s).<br>ACE Property and Casualty Insurance Company |
|---|---|---|

**Plaintiff's attorney, bar no., address, and telephone no**

Christopher C. Hunter 54851
30101 Northwestern Hwy Ste 100
Farmington Hills, MI 48334-6201

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____.

The action ☐ remains  ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>6/23/2021 | Expiration date*<br>9/22/2021 | Court clerk<br>Carlita McMiller |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19)    **SUMMONS**    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

|  | SUMMONS |
|---|---|
|  | Case No. : **21-007585-NF** |

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with __Demand for Jury Trial__
     List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                          Date
My commission expires: _____  Signature: _____
                          Date                      Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                            Attachments
_____ on _____
                                                 Day, date, time
_____ on behalf of _____
Signature

21-007585-NF FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 6/23/2021 9:44 AM Carlita McMiller

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

The Estate of ZELJKO DOJCINOVIC, deceased,
by its Personal Representative,
DANES DOJCINOVIC, and
The Estate of ASIMA DOJCINOVIC, deceased,
by its Personal Representative,
DANES DOJCINOVIC,

        Plaintiffs,

Case No. 21 -                NF
Hon.

vs.

CITIZENS INSURANCE COMPANY OF
THE MIDWEST, a foreign insurance corporation,
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, a foreign insurance
corporation, and GREAT AMERICAN
INSURANCE COMPANY, a foreign insurance
corporation, AQEEL B. EDWARDS, ZAKIYYAH WOLFE
and ARMANDO J. BAHENA,

        Defendants.
_____/

CHRISTOPHER C. HUNTER (P54851)
JORDAN A.W. BARKEY (79218)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575/ (248) 254-8099
chunter@michiganautolaw.com
jbarkey@michiganautolaw.com
_____/

Civil actions between these parties or other parties arising out of the transaction or occurrence alleged in the complaint have been previously filed in the Circuit Court of Cook County, Illinois County Department, Chancery Division, where it was given docket number 2020CH05434, and was assigned to Judge Anna Helen Demacopoulos, and also in United States District Court, Eastern District of Michigan, Southern Division, where it was given docket number 3:20-cv-12134-RHC-DRG, and was assigned to Judge Robert H. Cleland and Magistrate Judge David R. Grand.

Both actions remain pending.

/s/ Christopher C. Hunter

Christopher C. Hunter (P54851)

## COMPLAINT AND REQUEST FOR DECLARATORY RELIEF

**NOW COME** the above named Plaintiffs, The Estate of ZELJKO DOJCINOVIC, deceased, by its Personal Representative, DANES DOJCINOVIC, and The Estate of ASIMA DOJCINOVIC, deceased by its Personal Representative, DANES DOJCINOVIC (hereinafter collectively referred to as "DECEDENTS"), and through their attorneys, MICHIGAN AUTO LAW, P.C. and complaining against the Defendant, CITIZENS INSURANCE COMPANY OF THE MIDWEST (hereinafter "CITIZENS"), ACE PROPERTY AND CASUALTY INSURANCE COMPANY (hereinafter "ACE"), and GREAT AMERICAN INSURANCE COMPANY ("GREAT AMERICAN"), respectfully represents unto this Honorable Court as follows:

## JURISDICTIONAL AVERMENTS

1. The Plaintiffs, DECEDENTS, were residents of the Township of Washington, County of Macomb, and State of Michigan.

2. The Defendant, AQUEEL B. EDWARDS (hereinafter "EDWARDS") was a resident of the City of South Holland, County of Cook, and State of Illinois.

3. The Defendant, ZAKIYYAH WOLFE (hereinafter "WOLFE") was a resident of the City of South Holland, County of Cook, and State of Illinois.

4. The Defendant, ARMANDO J. BAHENA (hereinafter "BAHENA") was a resident of the City of Chicago, County of Cook, and State of Illinois.

5.  The Defendants, CITIZENS, ACE and GREAT AMERICAN, are foreign insurance corporations, doing business in the City of Detroit, County of Wayne, and State of Michigan.

6.  The amount in controversy does exceed Twenty Five Thousand ($25,000.00) Dollars.

## COUNT I

## GROSS NEGLIGENCE

7.  That on or about August 3, 2019, at or about 2:20 a.m., DECEDENTS, were lawfully driving eastbound on I-94 at or near the intersection of Sibley, in the City of Calumet City, County of Cook, and State of Michigan.

8.  That at the aforementioned time and place, the Defendant, EDWARDS, was driving a 2012 Jeep automobile, and Defendant, BAHENA, was driving a 2019 Chevrolet vehicle.

8.  At that time and place, the Defendants, BAHENA and EDWARDS, owed the Plaintiff, and the public the duty to obey and drive in conformity with the duties embodied in the Common Law, the Motor Vehicle Code of the State of Illinois, as amended, and the ordinances of the City of Calumet City.

9.  That the Defendants BAHENA and EDWARDS, did then and there display gross, willful and wanton negligence and misconduct by street racing and causing DECEDENTS vehicle to crash and burn, killing DECEDENTS.

10. That at the said time and place, Defendants BAHENA and EDWARDS were guilty of gross, willful and wanton negligence and misconduct as follows:

    a.  In driving at an excessive rate of speed, under the conditions then and there existing;

    b.  By engaging in street/drag racing;

3

    c.     In failing to keep a reasonable lookout for other persons and vehicles using said highway;

    d.     In failing to drive with due care and caution;

    e.     In failing to make and/or renew observations of the conditions of traffic on the highway; and

    9.     The Defendants BAHENA and EDWARDs were further negligent in failing to obey and drive in conformity with the Common Law and the Motor Vehicle Code of the State of Illinois as amended and ordinances of the City of Calumet City.

    10.    That among those Statutes Defendants BAHENA and EDWARDS violated include, but are not limited to the following:

| | |
|---|---|
| 625 ILCS 5/11-601 | General speed restrictions; |
| 625 ILCS 5/11-506 | Street racing. |

    11.    That Defendants' negligence was the proximate cause of DECEDENTS being fatally injured.

WHEREFORE, the DECEDENTS, now claims judgment for whatever amount they are found to be entitled, plus court costs, attorney fees and interest from the date of filing this Complaint.

**COUNT II**

**NEGLIGENT ENTRUSTMENT**

NOW COME the Plaintiffs, DECEDENTS, by and through his attorneys, MICHIGAN AUTO LAW, P.C., and adds a Count II as follows:

4

12. Plaintiff hereby realleges, reaffirms and incorporates herein by reference all allegations in paragraphs numbered 11.

13. That ZAKIYYAH WOLFE carelessly, recklessly and negligently entrusted her motor vehicle and the operation thereof to AQEEL B. EDWARDS, the latter being a person incompetent and unfit to drive a motor vehicle upon the highway of the State of Illinois by reason of inability, inexperience, and consistently negligent driving, all of which were known by the defendant-owners, or should have been known in the exercise of reasonable care and caution by the defendant-owners, as indicated by the attached driving record of the defendant-driver, reflecting numerous driving offenses and suspensions; that the defendant-owners are hereby guilty of negligence, independent of defendant-driver.

WHEREFORE, the Plaintiff, DECEDENTS, now claim judgment for whatever amount they are found to be entitled, plus costs, attorney fees and interest from the date of filing this Complaint.

## COUNT III

### UNDERINSURED MOTORIST CLAIM

NOW COME the Plaintiffs, DECEDENTS, by and through his attorneys, MICHIGAN AUTO LAW, P.C., and adds a Count III as follows:

14. Plaintiff hereby realleges, reaffirms, and incorporates herein by reference herein all allegations in paragraphs numbered 1-13.

15. At the time of the accident, an Underinsured Motorist policies through Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN, were in effect.

5

16. Under the terms and conditions of the automobile Uninsured and/or Underinsured Motorist insurance policy, Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN, became obligated to pay Uninsured or Underinsured Motorist coverage for and/or on behalf of the Plaintiff, DECEDENTS, in the event Plaintiff, DECEDENTS, wrongful death, bodily injury and/or excess economic loss, in an accident arising out of the ownership, operation, maintenance or use of a motor vehicle and the responsible tortfeasor(s) have less liability coverage than the underinsured policy limits of Plaintiffs' policy.

17. Plaintiff, DECEDENTS, did sustain accidental bodily injuries and excess economic loss in an automobile accident within the meaning of Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN'S, policy and of the Michigan No Fault Act being MCL 500.3101 et.seq.

18. It is anticipated that Defendants, BAHENA, has less liability coverage than the underinsured policy limits of Plaintiffs' policy, and that Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN, thus will be responsible for damages.

19. Defendant, BAHENA, through his insurer, State Farm Mutual Automobile Insurance Company, has tendered their full limits of $300,000.00 by way of Interpleader in the Cook County, Illinois Court, but said funds have not been disbursed.

20. Pursuant to MCR 2.113(F)(1)(b), as the Defendant CITIZENS, ACE AND/OR GREAT AMERICAN, is in possession of its own terms and conditions, the policy of automobile insurance referred to in this complaint need not be attached.

WHEREFORE, the Plaintiff, DECEDENTS, now claims judgment for whatever amount he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this Complaint.

## COUNT IV

## UNINSURED MOTORIST CLAIM

NOW COME the Plaintiffs, DECEDENTS, by and through their attorneys, MICHIGAN AUTO LAW, P.C., and adds a Count IV as follows:

21. Plaintiff hereby realleges, reaffirms, and incorporates herein by reference herein all allegations in paragraphs numbered 1-20.

22. At the time of the accident, an Uninsured/Underinsured Motorist policy through Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN, was in effect.

23. Under the terms and conditions of the automobile Uninsured and/or Underinsured Motorist insurance policy, Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN, became obligated to pay Uninsured or Underinsured Motorist coverage for and/or on behalf of the Plaintiff, DECEDENTS, in the event Plaintiff, DECEDENTS, wrongful death, bodily injury and/or excess economic loss, in an accident arising out of the ownership, operation, maintenance or use of a motor vehicle and the responsible tortfeasor(s) have less liability coverage than the underinsured policy limits of Plaintiffs' policy.

24. Plaintiff, DECEDENTS, did sustain accidental bodily injuries and excess economic loss in an automobile accident within the meaning of Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN'S, policy and of the Michigan No Fault Act being MCL 500.3101 et.seq.

25. It is anticipated that Defendants, EDWARDS, has no liability coverage than the uninsured policy limits of Plaintiffs' policy, and that Defendant, CITIZENS, ACE AND/OR GREAT AMERICAN, thus will be responsible for damages.

7

26. Defendant, BAHENA, through his insurer, State Farm Mutual Automobile Insurance Company, has tendered their full limits of $300,000.00 by way of Interpleader, but said funds have not been disbursed.

27. Pursuant to MCR 2.113(F)(1)(b), as the Defendant CITIZENS, ACE AND/OR GREAT AMERICAN, is in possession of its own terms and conditions, the policy of automobile insurance referred to in this complaint need not be attached.

WHEREFORE, the Plaintiff, DECEDENTS, now claims judgment for whatever amount he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this Complaint.

## COUNT V

## REQUEST FOR DECLARATORY RELIEF

NOW COME the Plaintiffs, DECEDENTS, by and through their attorneys, MICHIGAN AUTO LAW, P.C., and adds a Count V as follows:

28. Plaintiff hereby realleges, reaffirms, and incorporates herein by reference herein all allegations in paragraphs numbered 1-27.

29. Plaintiff, DECEDENTS, request that this Court make a determination that Uninsured and/or Underinsured Motorist coverages apply, and if so, to which of the Defendant insurer(s), CITIZENS, ACE and/or GREAT AMERICAN.

WHEREFORE, the Plaintiff, DECEDENTS, now claims judgment for whatever amount he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this Complaint.

8

MICHIGAN AUTO LAW, P.C.

BY: /s/ Christopher C. Hunter
_____
CHRISTOPHER C. HUNTER (P54851)
JORDAN A.W. BARKEY (79218)
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI   48334
(248) 353-7575/ (248) 254-8099
chunter@michiganautolaw.com
jbarkey@michiganautolaw.com

Dated:   June 22, 2021

9

21-007585-NF FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 6/23/2021 9:44 AM Carlita McMiller

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

The Estate of ZELJKO DOJCINOVIC, deceased,
by its Personal Representative,
DANES DOJCINOVIC, and
The Estate of ASIMA DOJCINOVIC, deceased,
by its Personal Representative,
DANES DOJCINOVIC,

          Plaintiffs,

Case No. 21 -            NF
Hon.

vs.

CITIZENS INSURANCE COMPANY OF
THE MIDWEST, a foreign insurance corporation,
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, a foreign insurance
corporation, and GREAT AMERICAN
INSURANCE COMPANY, a foreign insurance
corporation, AQEEL B. EDWARDS, ZAKIYYAH WOLFE
and ARMANDO J. BAHENA,

          Defendants.
_____/

CHRISTOPHER C. HUNTER (P54851)
JORDAN A.W. BARKEY (79218)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575/ (248) 254-8099
chunter@michiganautolaw.com
jbarkey@michiganautolaw.com
_____/

## DEMAND FOR JURY TRIAL

**NOW COME** the above named Plaintiffs, The Estate of ZELJKO DOJCINOVIC, deceased, by its Personal Representative, DANES DOJCINOVIC, and The Estate of ASIMA DOJCINOVIC,

1

deceased by its Personal Representative, DANES DOJCINOVIC (hereinafter collectively referred to as "DECEDENTS"), and through their attorneys, MICHIGAN AUTO LAW, P.C., and hereby demand a Trial by Jury in the above-captioned matter.

                MICHIGAN AUTO LAW, P.C.

BY: /s/ Christopher C. Hunter
              _____
              CHRISTOPHER C. HUNTER (P54851)
              JORDAN A.W. BARKEY (79218)
              Attorneys for Plaintiff
              30101 Northwestern Highway
              Farmington Hills, MI   48334
              (248) 353-7575/ (248) 254-8099
              chunter@michiganautolaw.com
              jbarkey@michiganautolaw.com

Dated:   June 22, 2021